

# THE THIRTEENTH COURT OF APPEALS

13-13-00614-CV

Ken Paxton, Attorney General of Texas
v.
City of Liberty, Texas

On Appeal from the
53rd District Court of Travis County, Texas
Trial Cause No. D-1-GV-12-000040

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

February 26, 2015